# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL QUINTERO-MARTINEZ (1),<br>RAUL VALDEZ-QUINTERO (2),<br><br>Defendants. | Case No. 94-cr-203-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND RECALL ARREST WARRANT**<br><br>**[ECF No. 98]** |

Pending before the Court is the Government's motion to dismiss the indictment and recall the arrest warrant. (ECF No. 98.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the Government's motion, **DISMISSES WITHOUT PREJUDICE** the indictment, and **ORDERS** the arrest warrant be recalled.

**IT IS SO ORDERED.**

**DATED: April 15, 2015**

**Hon. Cynthia Bashant**
**United States District Judge**

- 1 -

94cr203